UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RAUL HERNANDEZ,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MATTHEW CATE, et al.,**<br><br>    **Defendants.** | Case No. EDCV 11-00627 R (AJW)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report, and the Supplemental Report and Recommendation. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: January 18, 2013

_____
MANUEL L. REAL
United States District Judge