# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAUL HERNANDEZ, | Case No. EDCV11-00627 R (AJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| MATTHEW CATE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 18, 2014

_____
MANUEL L. REAL
United States District Judge