IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL HERNANDEZ,**<br><br>                                    Plaintiff,<br><br>              v.<br><br>**MATTHEW CATE, et al.,**<br><br>                                    Defendants. | Case No. EDCV-11-00627 R (AJW)<br><br>~~[PROPOSED]~~ **PROTECTIVE ORDER REGARDING CONFIDENTIAL/PRIVILEGED RECORDS LODGED FOR** *IN CAMERA REVIEW* **PURSUANT TO THE COURT'S DISCOVERY ORDER OF DECEMBER 12, 2013** |

Pursuant to the Court's Order on Plaintiff's Motion to Compel Further Responses to Requests for Production of Documents filed December 12, 2013 (Doc. No. 128, Court's Discovery Order), Defendants lodged confidential/privileged documents for *in camera review*. Defendants have requested that any production of confidential documents, if necessary after *in camera* review, be limited by a protective order, to protect the unwarranted disclosure of private or confidential information. Plaintiff did not object to Defendants' proposals regarding a protective order or the procedure proposed for Plaintiff to review documents produced pursuant to a protective order. Court's Discovery Order at 2, n.1.

///

Having considered the application, the Court finds good cause and grants Defendants' request for a protective order.

Accordingly, IT IS HEREBY ORDERED:

1. Defendants' motion for a protective order is granted regarding any documents ordered to be produced to Plaintiff Raul Hernandez following the Court's *in camera review*, as follows: (1) the documents are to be retained by the prison's litigation coordinator at Plaintiff's institution, and Plaintiff may review the documents through his correctional counselor for a maximum of 16 hours over a period of 4 weeks; (2) the documents are for Plaintiff's eyes only, and he shall not disseminate them or the information contained therein; (3) the documents are to be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or parties; and (4) at the conclusion of this matter, all copies made in connection with this case shall be destroyed by the California Department of Corrections and Rehabilitation; and

2. Defendants may redact (1) the personal identifying information of the Defendants and third parties, (2) inmate names and tracking numbers, and (3) non-public information that relates to the processes, operations, and investigations done by prison personnel, from any confidential record if ordered produced, as proposed in documents submitted to the Court with the Notice of Lodging of Confidential/Privileged Documents for In Camera Review.

Dated: May 23, 2016

The Honorable Andrew J. Wistrich